UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-22538-CIV-MORENO**

SUNILAND ASSOCIATES, LTD., a Florida Limited Partnership, *et al.*,

    Plaintiffs,

vs.

INTERSTATE FIRE & CASUALTY COMPANY, a Foreign Corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Motion for Final Summary Judgment **(D.E. No. 12)**, filed on **January 29, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Motion for Summary Judgment is **GRANTED**.

The doctrine of *res judicata* bars relitigation of all matters decided in a prior proceeding if: 1) the prior decision was rendered by a court of competent jurisdiction; 2) there was a final judgment on the merits; 3) the parties were identical in both suits; and 4) the prior and present causes of action are the same.  Israel Discount Bank Ltd. v. Entin, 951 F.2d 311, 314 (11th Cir. 1992).  Similarly, collateral estoppel prevents parties from relitigating an issue of fact or law where the identical issue has been fully litigated and decided in a prior suit.  Fishman & Tobin, Inc. v. Tropical Shipping & Const. Co., 240 F.3d 956, 962 (11th Cir. 2001).

This case involves the same parties, the same contract, the same insurance policy period, and the same legal issues as in Case No. 06-22987-CIV-UNGARO.  Judge Ungaro granted summary judgment in favor of Suniland in her Order on Cross Motions for Summary Judgment (D.E. No. 92), and this Court now grants Plaintiffs' Motion for Summary Judgment consistent with Judge Ungaro's reasoning.  Further, it is

**ADJUDGED** that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of February, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record