UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-22538-CIV-MORENO**

SUNILAND ASSOCIATES, LTD., a Florida Limited Partnership, *et al.*,

    Plaintiffs,

vs.

INTERSTATE FIRE & CASUALTY COMPANY, a Foreign Corporation,

    Defendant.
_____/

**ORDER DENYING MOTION FOR ATTORNEYS' FEES WITH LEAVE TO REFILE**

THIS CAUSE came before the Court upon Plaintiffs' Verified Motion for Attorneys' Fees and Costs **(D.E. No. 20)**, filed on **March 14, 2008**.

THE COURT has considered the motion, response, reply to the response and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED** with leave to refile after the Supreme Court of Florida rules in Essex Insurance Co. v. Zota, SC06-2031, whether an award of attorneys' fees against a surplus lines insurance carrier is permitted under the Florida Statutes. If the Florida Supreme Court rules in a manner favorable to Plaintiffs in this case, and Plaintiffs refile within **60 days** of the conclusion of Essex, their motion will be considered timely.

As Judge Ungaro found in the related case, Suniland Associates, Ltd. v. Interstate Fire and Casualty Co., 06-22987-CIV-UNGARO, the Eleventh Circuit decided that the issue of whether Florida Statutes Section 627.428 applies against a surplus lines insurance carrier is an unresolved

issue of Florida law because there are no Florida Supreme Court decisions directly on point. See Essex Ins. Co. v. Zota, 466 F.3d 981, 990 (11th Cir. 2006).

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record